*OOA
11-5-16*

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Armando Perez-Garcia, | ) | Case No. 16 - 8423 MJ |
| a.k.a.: Armando Garcia Perez, | ) | |
| (A 043 033 566) | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 27, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Armando Perez-Garcia, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Laredo, Texas, on or about September 29, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

*CEB*

REVIEWED BY:  Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Barry P. Jansen,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  November 7, 2016

_____
*Judge's signature*

City and state:  Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Barry P. Jansen, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 27, 2016, Armando Perez-Garcia was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Perez-Garcia was examined by ICE Officer M. Paredes who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 5, 2016, Perez-Garcia was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Perez-Garcia was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Armando Perez-Garcia to be a citizen of Mexico and a previously deported criminal alien. Perez-Garcia was removed from the United States to Mexico through Laredo, Texas, on or about September 29, 2015, pursuant to

1

the reinstatement of an order of removal issued by an immigration judge. There is no record of Perez-Garcia in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Perez-Garcia's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Armando Perez-Garcia was convicted of Re-Entry of Removed Alien, a felony offense, on December 13, 2011, in the United States District Court, District of Arizona.   Perez-Garcia was sentenced to four (4) months' imprisonment and three (3) years' supervised release.   Perez-Garcia's criminal history was matched to him by electronic fingerprint comparison.

5. On November 5, 2016, Armando Perez-Garcia was advised of his constitutional rights. Perez-Garcia freely and willingly acknowledged his rights and agreed to provide a statement under oath. Perez-Garcia stated that his true and complete name is Armando Perez-Garcia and that he is a citizen of Mexico. Perez-Garcia claimed that he entered the United States without permission or inspection by the Department of Homeland Security or the Attorney General. Perez-Garcia further claims that he entered the United States "2 meses, 18 AGT," ago at or near "Mexicali," and that he had been removed from the United States.

6.  For these reasons, this affiant submits that there is probable cause to believe that on or about October 27, 2016, Armando Perez-Garcia, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Laredo, Texas, on or about September 29, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).


_____
Barry P. Jansen,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 7th day of November, 2016.

_____
John Z. Boyle,
United States Magistrate Judge

3